**No. 11-7600. Kenneth Williams, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 520.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7601. Jose Sanchez, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 451.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 438 Fed. Appx. 830.

**No. 11-7604. Adam C. McClellan, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 509.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 436 Fed. Appx. 479.

**No. 11-7606. Adrian Jenkins, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 528.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7611. Terrance T. Burke, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 424.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7613. Charles E. Armstrong, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1064, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 537.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 436 Fed. Appx. 501.

**No. 11-7615. Risheen Daniel Robinson, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1065, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 449.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 437 Fed. Appx. 733.